118 A.3d 347

WASTE MANAGEMENT OF NEW JERSEY, INC., PLAINTIFF–RE-SPONDENT, v. MERCER COUNTY IMPROVEMENT AUTHORI-TY, DEFENDANT–APPELLANT, AND REPUBLIC SERVICES OF NEW JERSEY, L.L.C., DEFENDANT/INTERVENOR–RE-SPONDENT.

AND ANOTHER RELATED CASE.

July 20, 2015.

This matter having been duly considered and the Court having determined that certification was improvidently granted;

It is hereby ORDERED that the within appeal is dismissed; and it is further

ORDERED that the stay entered by the Court on April 2, 2015 (M–863–14) is vacated.